1  Sima G. Aghai, SBN 156354
2  LAW OFFICES OF SIMA G. AGHAI
   12362 Beach Boulevard, Suite 21
3  Stanton, California 90680
   (714) 901-1222
4  (714) 901-1220 (F)
5  simaaghai@msn.com
   Attorney for Plaintiff TYRESHA HUBBARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TYRESHA HUBBARD, | ) CASE NO. 2:21-cv-2126-DOC-MAR |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |
| Defendant | ) |

   Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

   **ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$7,900** as authorized by 28 U.S.C. §2412.

Dated: November 18, 2022

_____
HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE