UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRESHA HUBBARD, | ) CASE NO. 2:21-cv-2126-DOC-MAR |
| Plaintiff, | ) |
| v. | ) ORDER FOR AWARD |
| | ) OF EQUAL ACCESS TO JUSTICE |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ACT ATTORNEY FEES |
| | ) PURSUANT TO 28 U.S.C. §2412(d) |
| Defendant | ) |

Pursuant to the Stipulation of the parties (Dkt. 28), Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$7,900** as authorized by 28 U.S.C. §2412.

Dated: November 22, 2022

_David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE